**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF ARKANSAS

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Hutchens Perry Enterprises Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **FKA  Tom Perry Landscaping & Stonework** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 71-0713461 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1327 Kelly Rd** <br> **Alma, AR 72921** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Crawford** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | Hutchens Perry Enterprises Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__2389__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor    **Hutchens Perry Enterprises Inc.**
_____
         Name

**10.** **Are any bankruptcy cases**      ☐ No
     **pending or being filed by a**
     **business partner or an**          ■ Yes.
     **affiliate of the debtor?**

List all cases. If more than 1,     Debtor    **Jamison Shipman**                     Relationship    **Shareholder's**
attach a separate list                                                                               **Personal Filing**

                                    District   **WD ARK**        When   **11/09/23**    Case number, if known   **2:23-bk-71684**

**11.** **Why is the case filed in**     _Check all that apply:_
     **this district?**
                                ■     Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                      preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                ☐     A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**       ■ No
     **have possession of any**
     **real property or personal**      ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **property that needs**
     **immediate attention?**
                                        **Why does the property need immediate attention?** (_Check all that apply._)

                                        ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                            What is the hazard? _____

                                        ☐ It needs to be physically secured or protected from the weather.

                                        ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                            livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                        ☐ Other _____
                                        **Where is the property?** _____
                                                                Number, Street, City, State & ZIP Code

                                        **Is the property insured?**
                                        ☐ No
                                        ☐ Yes.   Insurance agency  _____
                                                Contact name    _____
                                                Phone          _____

■ **Statistical and administrative information**

**13.** **Debtor's estimation of**  .    _Check one:_
     **available funds**
                                ■ Funds will be available for distribution to unsecured creditors.

                                ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**     ■ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
     **creditors**              ☐ 50-99             ☐ 5001-10,000        ☐ 50,001-100,000
                                ☐ 100-199           ☐ 10,001-25,000      ☐ More than100,000
                                ☐ 200-999

**15.** **Estimated Assets**        ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                ■ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **Hutchens Perry Enterprises Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**16.  Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Hutchens Perry Enterprises Inc.**
Name

Case number (*if known*)

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 16, 2024**
MM / DD / YYYY

X **/s/ Jamison Shipman**
Signature of authorized representative of debtor

**Jamison Shipman**
Printed name

Title  **President**

---

**18. Signature of attorney**

X **/s/ Stanley V. Bond**
Signature of attorney for debtor

Date  **May 16, 2024**
MM / DD / YYYY

**Stanley V. Bond 93034**
Printed name

**Bond Law Office**
Firm name

**525 S. School Ave.**
**Suite 100**
**Fayetteville, AR 72701**
Number, Street, City, State & ZIP Code

Contact phone  **479-444-0255**   Email address  **attybond@me.com**

**93034 AR**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name     **Hutchens Perry Enterprises Inc.**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF ARKANSAS

Case number (if known)     _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **May 16, 2024**          X **/s/ Jamison Shipman**
                                           Signature of individual signing on behalf of debtor

                                           **Jamison Shipman**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Hutchens Perry Enterprises Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF ARKANSAS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alisha Pledger 1515 Kelly Rd. Alma, AR 72921** | | loan | | | | $64,000.00 |
| **Ally Attention: Bankruptcy PO Box 130424 Roseville, MN 55113** | | 2017 Ford F-250 | | $23,513.00 | $16,254.00 | $7,259.00 |
| **Ally Attention: Bankruptcy PO Box 130424 Roseville, MN 55113** | | 2019 Ford F-350 115000 miles | | $32,608.45 | $32,539.00 | $69.45 |
| **Cheryl Ann Hutchens-Perry 1327 Kelly Rd Alma, AR 72921** | | Payments made to Debtor's former owner for debt service on loan this creditor received and used in the Debtor's business before she sold the business | Unliquidated | | | $0.00 |
| **Ford Credit PO BOX 650575 Dallas, TX 75265** | | 2019 Ford F250 Super Duty Crew Cab | | $21,240.61 | $17,110.00 | $4,130.61 |
| **Internal Revenue Service Centralized Insolvency Ops PO Box 7346 Philadelphia, PA 19101-7346** | | Installment Agreement for 2022 Form 941 2022 | | | | $17,470.33 |
| **Jamison Shipman 1327 Kelly Rd Alma, AR 72921** | | loan | | | | $236,957.00 |

Debtor   **Hutchens Perry Enterprises Inc.**                     Case number *(if known)*  _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Luxury Lawn & Landscaping PO BOX 17265 Wichita, KS 67217** | | | **Unliquidated** | | | **$22,191.65** |
| **Missouri Department of Revenue PO Box 475 Jefferson City, MO 65101-0475** | | **Installment Agreement** | | | | **$2,442.00** |
| **Nelson Land Service 1414 Bryan Rd. O Fallon, MO 63366** | | | **Disputed** | | | **$34,367.70** |
| **Small Business Fin. Sol. LLC aka Rapid Finance 4500 East West Highway, 6th Fl Bethesda, MD 20814** | | | **Disputed** | **$237,899.28** | **$0.00** | **$237,899.28** |
| **US Bank PO Box 108 Saint Louis, MO 63166** | | | | | | **$90,963.86** |
| **US Bank PO Box 108 Saint Louis, MO 63166** | | | **Unliquidated** | | | **$31,824.57** |
| **US Bank PO Box 108 Saint Louis, MO 63166** | | | | | | **$13,558.15** |
| **US Bank PO Box 790167 Saint Louis, MO 63179-0167** | | **2016 Dodge RAM** | | **$10,369.75** | **$5,645.00** | **$4,724.75** |

**Fill in this information to identify the case:**

Debtor name    **Hutchens Perry Enterprises Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF ARKANSAS

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:    Summary of Assets

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
      Copy line 88 from *Schedule A/B*................................................................    $      **0.00**

    **1b. Total personal property:**
      Copy line 91A from *Schedule A/B*...........................................................    $      **306,350.51**

    **1c. Total of all property:**
      Copy line 92 from *Schedule A/B*.............................................................    $      **306,350.51**

### Part 2:    Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      **363,742.05**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $      **19,912.33**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      **493,862.93**

4. Total liabilities ...........................................................................
    Lines 2 + 3a + 3b        $      **877,517.31**

---

**Fill in this information to identify the case:**

Debtor name    **Hutchens Perry Enterprises Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF ARKANSAS

Case number (if known)    _____

☐ Check if this is an amended filing

---

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$200.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Bank OZK** | **Checking** | 4394 | $42,661.51 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**    | $42,861.51 |

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

---

Debtor   **Hutchens Perry Enterprises Inc.**                    Case number *(If known)* _____
         Name

| 11a. 90 days old or less: | 45,075.00 | - | 0.00 | = .... | $45,075.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3.**                                                        $45,075.00
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**2 desks and 2 chairs** | $0.00 | N/A | $200.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**2 computers and 1 printer.** | $0.00 | N/A | $150.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                        $350.00
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

Debtor **Hutchens Perry Enterprises Inc.**          Case number *(If known)* _____
Name

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2019 Ford F250 Super Duty Crew Cab** | $0.00 | **Liquidation** | $17,110.00 |
| 47.2.  **2018 Nissan Murano** | $0.00 | **Liquidation** | $12,636.00 |
| 47.3.  **2017 Texas Trailers 16' Landscaping Trailer** | $0.00 | **Liquidation** | $2,500.00 |
| 47.4.  **2020 Diamond C 77" x 14' Landscaping Trailer** | $0.00 | **Liquidation** | $2,900.00 |
| 47.5.  **2017 Caliber 7x14 Landscaping Trailer** | $0.00 | **Liquidation** | $1,995.00 |
| 47.6.  **2019 6x12 Covered Wagon Trailer with rear ramp door** | $0.00 | **Liquidation** | $3,520.00 |
| 47.7.  **2023 Covered Wagon 5x8 enclosed trailer** | $0.00 | **Liquidation** | $3,395.00 |
| 47.8.  **2023 Covered Wagon 5x8 enclosed trailer** | $0.00 | **Liquidation** | $3,175.00 |
| 47.9.  **2019 Ford F-350 115000 miles** | $0.00 | **Revenue based** | $32,539.00 |
| 47.10.  **2017 Ford F-250** | $0.00 | **Liquidation** | $16,254.00 |
| 47.11.  **2016 Dodge RAM** | $0.00 | **Liquidation** | $5,645.00 |
| 47.12.  **2020 Ford F-250** | $0.00 | **Liquidation** | $32,349.00 |
| 47.13.  **2020 Ford F-350 XLT Diesel VIn ending in 9046** | $0.00 | **Liquidation** | $36,000.00 |

Debtor   **Hutchens Perry Enterprises Inc.**                    Case number *(If known)* _____
              Name

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**

| | | | |
|---|---|---|---|
| 2019 Mahindra 1626 | $0.00 | Liquidation | $17,850.00 |
| eXmark Stand On Mower (1) | $0.00 | Liquidation | $1,937.00 |
| eXmark Ride On Mower (3) ($2833 per unit) | $0.00 | Liquidation | $8,499.00 |
| Shindaiwa Blowers (5) ($134 per unit) | $0.00 | Liquidation | $670.00 |
| Shindaiwa Trimmer (7) ($139 per unit) | $0.00 | Liquidation | $973.00 |
| Mahindra 3650F Tractor and attachments | $0.00 | Liquidation | $18,117.00 |

51.  **Total of Part 8.**

       Add lines 47 through 50.  Copy the total to line 87.                                 | $218,064.00 |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.       **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Commercial lease for business premises** | **Lessee** | **$0.00** | **N/A** | **Unknown** |

Debtor    **Hutchens Perry Enterprises Inc.**                                Case number *(If known)* _____
              Name

56.    **Total of Part 9.**                                                                    | **$0.00** |

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor **Hutchens Perry Enterprises Inc.**                                    Case number *(If known)* _____
       Name

| **Part 12:** | **Summary** |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $42,861.51 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $45,075.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $350.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $218,064.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $306,350.51 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $306,350.51 |

**Fill in this information to identify the case:**

Debtor name **Hutchens Perry Enterprises Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF ARKANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

| **2.1** | **Ally** | Describe debtor's property that is subject to a lien | $32,608.45 | $32,539.00 |
|---|---|---|---|---|

Creditor's Name

**Attention: Bankruptcy
PO Box 130424
Roseville, MN 55113**

Creditor's mailing address

**2019 Ford F-350
115000 miles**

Describe the lien
**Direct Lien on Title**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
4997**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** | **Ally** | Describe debtor's property that is subject to a lien | $23,513.00 | $16,254.00 |
|---|---|---|---|---|

Creditor's Name

**Attention: Bankruptcy
PO Box 130424
Roseville, MN 55113**

Creditor's mailing address

**2017 Ford F-250**

Describe the lien
**Direct Lien on Title**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
5014**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor  **Hutchens Perry Enterprises Inc.**                          Case number (if known) _____
_____
Name

☑ No
☐ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its relative   ☐ Unliquidated
priority.                               ☐ Disputed

---

| 2.3 | **Ally** | | **Describe debtor's property that is subject to a lien** | $5,852.85 | $36,000.00 |
| | Creditor's Name | | **2020 Ford F-350 XLT Diesel** | | |
| | | | **Vln ending in 9046** | | |

**Attention: Bankruptcy**
**PO Box 130424**
**Roseville, MN 55113**
Creditor's mailing address

**Describe the lien**
**Lien on Title**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4877**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ford Credit** | | **Describe debtor's property that is subject to a lien** | $32,258.11 | $32,349.00 |
| | Creditor's Name | | **2020 Ford F-250** | | |

**PO BOX 650575**
**Dallas, TX 75265**
Creditor's mailing address

**Describe the lien**
**Direct Lien on Title**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8045**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ford Credit** | | **Describe debtor's property that is subject to a lien** | $21,240.61 | $17,110.00 |
| | Creditor's Name | | **2019 Ford F250 Super Duty Crew Cab** | | |

**PO BOX 650575**
**Dallas, TX 75265**
Creditor's mailing address

**Describe the lien**
**Direct Lien on Title**

**Is the creditor an insider or related party?**
☑ No

---

Debtor  **Hutchens Perry Enterprises Inc.**                              Case number (if known) _____
        Name

Creditor's email address, if known
_____

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
                                        ☐ No

                                        ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**
**7360**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Small Business Fin. Sol. LLC** | **Describe debtor's property that is subject to a lien** | $237,899.28 | $0.00 |

Creditor's Name

**aka Rapid Finance
4500 East West Highway, 6th Fl
Bethesda, MD 20814**
Creditor's mailing address

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**03/14/2022**

**Last 4 digits of account number**
**3380**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | **US Bank** | **Describe debtor's property that is subject to a lien**<br>**2016 Dodge RAM** | $10,369.75 | $5,645.00 |

Creditor's Name

**PO Box 790167
Saint Louis, MO 63179-0167**
Creditor's mailing address

**Describe the lien**
**Direct Lien on Title**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6648**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    **Hutchens Perry Enterprises Inc.**       Case number (*if known*) _____
       Name

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$363,742.05** |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corp. Client Svcs. LLC**<br>**1880 N Congress Ave., Ste 211**<br>**Boynton Beach, FL 33426** | Line __2.6__ | |
| **Corporation Svc Co.**<br>**PO Box 2576**<br>**Springfield, IL 62708** | Line __2.6__ | |

**Fill in this information to identify the case:**

Debtor name __**Hutchens Perry Enterprises Inc.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF ARKANSAS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |
|  | **Crawford County Tax Collector** | *Check all that apply.* | | |
|  | **300 Main St., Room 2** | ☐ Contingent | | |
|  | **Van Buren, AR 72956** | ☐ Unliquidated | | |
|  | | ☐ Disputed | | |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | | **Notice Only** | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY | ■ No | | |
|  | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$17,470.33** | **$17,470.33** |
|  | **Internal Revenue Service** | *Check all that apply.* | | |
|  | **Centralized Insolvency Ops** | ☐ Contingent | | |
|  | **PO Box 7346** | ☐ Unliquidated | | |
|  | **Philadelphia, PA 19101-7346** | ☐ Disputed | | |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | **2022** | **Installment Agreement for 2022 Form 941 2022** | | |
|  | Last 4 digits of account number __**3461**__ | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY | ■ No | | |
|  | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

Debtor **Hutchens Perry Enterprises Inc.**  Case number *(if known)* _____

Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,442.00 | $2,442.00 |

**Missouri Department of Revenue**
**PO Box 475**
**Jefferson City, MO 65101-0475**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2022**

Basis for the claim:
**Installment Agreement**

Last 4 digits of account number **2174**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

■ No
☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,000.00** |

**Alisha Pledger**
**1515 Kelly Rd.**
**Alma, AR 72921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **loan**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cheryl Ann Hutchens-Perry**
**1327 Kelly Rd**
**Alma, AR 72921**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Payments made to Debtor's former owner for debt service on loan this creditor received and used in the Debtor's business before she sold the business to Debtor's principal and his ex-spouse.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$236,957.00** |

**Jamison Shipman**
**1327 Kelly Rd**
**Alma, AR 72921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **loan**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,191.65** |

**Luxury Lawn & Landscaping**
**PO BOX 17265**
**Wichita, KS 67217**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2023-01/2024**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,367.70** |

**Nelson Land Service**
**1414 Bryan Rd.**
**O Fallon, MO 63366**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Decemebr 202???**

Last 4 digits of account number  **1074**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hutchens Perry Enterprises Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,558.15 |
|---|---|---|---|

**US Bank**
**PO Box 108**
**Saint Louis, MO 63166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **4091**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,824.57 |
|---|---|---|---|

**US Bank**
**PO Box 108**
**Saint Louis, MO 63166**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **3685**

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90,963.86 |
|---|---|---|---|

**US Bank**
**PO Box 108**
**Saint Louis, MO 63166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **9009**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 19,912.33 |
| **5b. Total claims from Part 2** | 5b. + | $ | 493,862.93 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 513,775.26 |

**Fill in this information to identify the case:**

Debtor name    **Hutchens Perry Enterprises Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF ARKANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name  **Hutchens Perry Enterprises Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF ARKANSAS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Amber Bowers | f.k.a Amber Shipman<br>169 Carpenter Rd.<br>Hot Springs National Park, AR 71901 | Ford Credit | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Amber Bowers | f.k.a Amber Shipman<br>169 Carpenter Rd.<br>Hot Springs National Park, AR 71901 | US Bank | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.3 | Cheryl Ann Hutchens-Perry | | Ford Credit | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Jamison Shipman | 1327 Kelly Rd.<br>Alma, AR 72921 | Small Business Fin. Sol. LLC | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Hutchens Perry Enterprises Inc.**                              Case number *(if known)* _____

▮   **Additional Page to List More Codebtors**

| | Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. | |
|---|---|---|
| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** |

| 2.5 | **Jamison Shipman**  **1327 Kelly Rd.**  **Alma, AR 72921** | **Ally** | ▮ D    **2.1** ___  ☐ E/F _____  ☐ G _____ |
| 2.6 | **Jamison Shipman**  **1327 Kelly Rd.**  **Alma, AR 72921** | **Ally** | ▮ D    **2.2** ___  ☐ E/F _____  ☐ G _____ |
| 2.7 | **Jamison Shipman**  **1327 Kelly Rd.**  **Alma, AR 72921** | **US Bank** | ☐ D _____  ▮ E/F    **3.7** ___  ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Hutchens Perry Enterprises Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF ARKANSAS**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$682,321.31** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$2,333,837.00** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$2,600,681.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Debtor   **Hutchens Perry Enterprises Inc.**                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Ally**<br>**Attention: Bankruptcy**<br>**PO Box 130424**<br>**Roseville, MN 55113** | | $10,268.31 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Department of the Treasury**<br>**Internal Revenue Service**<br>**Austin, TX 73301** | | $42,243.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Chase's  Lawn Services**<br>**30 Hempstead 406**<br>**Nashville, AR 71852-8940** | | $8,864.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Cutler Property Preservation &**<br>**Landscapi**<br>**PO BOX 845**<br>**Greenbrier, AR 72058** | | $50,931.89 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. **Dept of Finance & Admin**<br>**1900 W 7th st STE 2080**<br>**Little Rock, AR 72203-8093** | | $41,190.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Gopher Broke Grounds Maintenance**<br>**LLC**<br>**38781 Westech d**<br>**Shawnee, OK 74804** | | $20,098.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. **Henson Lawn & Landscape**<br>**923 Mays Branch Rd**<br>**Van Buren, AR 72956** | | $25,295.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. **King Irrigation & Lighting**<br>**PO BOX 10955**<br>**Fort Smith, AR 72917** | | $10,785.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor **Hutchens Perry Enterprises Inc.**    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Landmark CPAs**<br>**3101 S 70th St**<br>**Fort Smith, AR 72917** | | **$11,700.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10.<br> **Lowes**<br>**1000 Lowes Blvd**<br>**Mooresville, NC 28117** | | **$18,480.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11.<br> **Luxury Lawn & Landscaping**<br>**PO BOX 17265**<br>**Wichita, KS 67217** | | **$9,335.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12.<br> **Metro Lawn Care Inc**<br>**PO BOX 1263**<br>**Hutchins, TX 75141** | | **$19,142.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13.<br> **Nexgen Lawns**<br>**1102 N Garnett Rd Suite 107**<br>**Tulsa, OK 74116** | | **$7,681.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14.<br> **Alisha Pledger**<br>**1515 Kelly Rd**<br>**Alma, AR 72921** | | **$7,518.51** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15.<br> **Nicholas Shipman**<br>**1327 Kelly Rd**<br>**Alma, AR 72921** | | **$7,342.50** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16.<br> **Qual Choice**<br>**1001 Technology Dr Ste 401**<br>**Little Rock, AR 72223** | | **$15,807.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor  **Hutchens Perry Enterprises Inc.**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.17. **Sargent's Sunoco** 445 US Hwy 71 Alma, AR 72921 | | $11,031.73 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.18. **Stars & Stripes Lawn & Landscaping** 30 Valley View Hillsboro, MO 63050 | | $40,816.17 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.19. **The Cincinnati Insurance Group** PO BOX 145496 Cincinnati, OH 45250-5496 | | $11,948.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.20. **Van-Alma Tire Center** 6805 Alma Hwy Van Buren, AR 72956 | | $8,681.72 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Jamison Shipman** 1327 Kelly Rd. Alma, AR 72921 **President and 100% owner.** | **Approximately monthly in 2023** | $24,956.80 | **Shareholder distributions for services rendered to the company.** |
| 4.2. **Amber Bowers** f.k.a Amber Shipman 169 Carpenter Rd. Hot Springs National Park, AR 71901 **Former 50% owner** | **Weekly payments commencing September 2022** | $29,251.20 | **-$3,656.40 per week from 09/28/2022 to 01/29/2024. -Payment pursuant to Decree of Divorce entered 04/14/2022 in case 17DR-22-19. Parties are Amber Shipman (now Bowers), Plaintiff, and Jamison Shipman, Defendant. -Payment details: $3,400.00 for business buy-out, and $256.40 for spousal support. -Total paid since inception: $343,701.60** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at

| Debtor | **Hutchens Perry Enterprises Inc.** | Case number *(if known)* | |

a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Small Business Financial Solutions LLC vs. Hutchens-Perry Enterprise, Inc.** C-15-CV-22-004088 | **Collection** | **Circuit Court-Montgomery Co., Maryland 50 Maryland Ave. Rockville, MD 20850** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

Debtor   **Hutchens Perry Enterprises Inc.**                                      Case number *(if known)*

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Bond Law Office** 525 S. School Avenue Suite 100 Fayetteville, AR 72701 | **Filing fee: $1,738.00 Attorney Retainer: 9,062.00** | **02/19/2024** | **$10,800.00** |
| **Email or website address** **www.stanbondlaw.com** | | | |
| **Who made the payment, if not debtor?** **N/A** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor   **Hutchens Perry Enterprises Inc.**                                Case number *(if known)*

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☑ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | **Bank OZK**<br>**611 Highway 71 North**<br>**Alma, AR 72921** | **XXXX-0643** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 07/11/2023 | $99.48 |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| **Alma Mini Storage**<br>**1108 Highway 71 North**<br>**Alma, AR 72921** | **Jamison Shipman**<br>**1327 Kelly Rd.**<br>**Alma, AR 72921** | **Company files and other documents.** | ☐ No<br>☑ Yes |
| **Crawford County Storage**<br>**1817 Highway 64 East**<br>**Alma, AR 72921** | **Jamison Shipman**<br>**1327 Kelly Rd.**<br>**Alma, AR 72921** | **miscellaneous business furniture and disused tools and equipment.** | ☐ No<br>☑ Yes |

Debtor   **Hutchens Perry Enterprises Inc.**                              Case number *(if known)*

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Shipman Lawn Care & Landscaping Inc.** | **Debtor's business premsies** | **2020 Ford F-350. Lien to Ally. Jamison Shipman is debtor.** | **$33,204.00** |

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

---

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **8**

Debtor   **Hutchens Perry Enterprises Inc.**                          Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1.  **Shipman Lawncare & Landscaping** | **landscaping and lawncare** | EIN:   **20-0088103** |
| | | From-To   **07/01/2003 to 01/01/2021** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Landmark CPA's** **3101 S 70th St** **Fort Smith, AR 72903** | **Ongoing.** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Landmark CPA's** **3101 S 70th St** **Fort Smith, AR 72903** | **Ongoing** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Landmark CPA's** **3101 S 70th St** **Fort Smith, AR 72903** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jamison Shipman** | **1327 Kelly Rd.** **Alma, AR 72921** | **President** | **100** |

Debtor   **Hutchens Perry Enterprises Inc.**                          Case number *(if known)*

---

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Amber Bowers** | **f.k.a Amber Shipman**<br>**169 Carpenter Rd.**<br>**Hot Springs National Park, AR 71901** | **President and CFO and 50% owner of the company.** | **1992-October 2022.** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | **Alisha Pledger**<br>**1515 Kelly Rd.**<br>**Alma, AR 72921** | **$70,000** | **10/2022** | **Working capital.** |
| | **Relationship to debtor**<br>**Office Manager** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| | |

Debtor __Hutchens Perry Enterprises Inc._____     Case number *(if known)* _____

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __May 16, 2024_____

__/s/ Jamison Shipman_____          __Jamison Shipman_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   __President_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Arkansas

In re __Hutchens Perry Enterprises Inc.__

Case No. _____

Debtor(s)

Chapter __11__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 9,062.00 |
| Prior to the filing of this statement I have received | $ | 9,062.00 |
| Balance Due | $ | 0.00 |

2. $ __1,738.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor  ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor  ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   b. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   c. [Other provisions as needed]
      **preparation and filing of a bankruptcy case under Subchapter V of Chapter 11 of the United States Bankruptcy Code, necessary motions, applications and orders common to such cases, the commencement and defense of contested matters, examination of claims and bringing of objections to such claims, draftong plan, document review, attendance at meetings of creditors, hearings and examinations, and related services common to representation in a Subchapter V of Chapter 11 proceeding in the Western District of Arkansas**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor in any adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__May 16, 2024__

*Date*

/s/ Stanley V. Bond

**Stanley V. Bond 93034**

*Signature of Attorney*

**Bond Law Office**
**525 S. School Ave.**
**Suite 100**
**Fayetteville, AR 72701**
**479-444-0255  Fax: 479-235-2827**
**attybond@me.com**

*Name of law firm*

---

## United States Bankruptcy Court
### Western District of Arkansas

In re   **Hutchens Perry Enterprises Inc.**                                      Case No. _____

                                        Debtor(s)                    Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jamison Shipman**<br>**1327 Kelly Rd.**<br>**Alma, AR 72921** | **Common** | **100%** | **Shareholder** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 16, 2024**                    Signature   **/s/ Jamison Shipman**
                                                         **Jamison Shipman**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Western District of Arkansas**

In re   **Hutchens Perry Enterprises Inc.**             Case No. _____

                                       Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 16, 2024**                      **/s/ Jamison Shipman**

                                             **Jamison Shipman**/**President**
                                             Signer/Title

Alisha Pledger
1515 Kelly Rd.
Alma, AR 72921


Ally
Attention: Bankruptcy
PO Box 130424
Roseville, MN 55113


Amber Bowers
f.k.a Amber Shipman
169 Carpenter Rd.
Hot Springs National Park, AR 71901


Cheryl Ann Hutchens-Perry
1327 Kelly Rd
Alma, AR 72921


Cheryl Ann Hutchens-Perry


Corp. Client Svcs. LLC
1880 N Congress Ave., Ste 211
Boynton Beach, FL 33426


Corporation Svc Co.
PO Box 2576
Springfield, IL 62708


Crawford County Tax Collector
300 Main St., Room 2
Van Buren, AR 72956


Ford Credit
PO BOX 650575
Dallas, TX 75265


Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346


Jamison Shipman
1327 Kelly Rd
Alma, AR 72921

Jamison Shipman
1327 Kelly Rd.
Alma, AR 72921


Luxury Lawn & Landscaping
PO BOX 17265
Wichita, KS 67217


Missouri Department of Revenue
PO Box 475
Jefferson City, MO 65101-0475


Nelson Land Service
1414 Bryan Rd.
O Fallon, MO 63366


Small Business Fin. Sol. LLC
aka Rapid Finance
4500 East West Highway, 6th Fl
Bethesda, MD 20814


US Bank
PO Box 790167
Saint Louis, MO 63179-0167


US Bank
PO Box 108
Saint Louis, MO 63166

# United States Bankruptcy Court
## Western District of Arkansas

In re   __Hutchens Perry Enterprises Inc.__

Debtor(s)

Case No. _____

Chapter   __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __Hutchens Perry Enterprises Inc.__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__May 16, 2024__

Date

__/s/ Stanley V. Bond__

__Stanley V. Bond 93034__

Signature of Attorney or Litigant

Counsel for   __Hutchens Perry Enterprises Inc.__

__Bond Law Office__
__525 S. School Ave.__
__Suite 100__
__Fayetteville, AR 72701__
__479-444-0255 Fax:479-235-2827__
__attybond@me.com__